**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Robin Gabriel WARREN, Defendant–
Appellant.**

**No. 13–40093.**

United States Court of Appeals,
Fifth Circuit.

Feb. 21, 2014.

Christopher Andrew Eason, Esq., U.S. Attorney's Office, Plano, TX, for Plaintiff–Appellee.

Frank Warren Henderson, Esq., Assistant Federal Public Defender, Office of the Federal Defender, Frisco, TX, Amy R. Blalock, Federal Defender's Office, Tyler, TX, for Defendant–Appellant.

Before REAVLEY, OWEN, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Robin Gabriel Warren has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir.2011). Warren has filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Warren's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.